

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

**MEMO ENDORSED**

July 6, 2021

**BY ECF**

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: *United States v. Green*, 21 Cr. 431 (LAK)

Dear Judge Kaplan:

     The defendant in the above-captioned case was arraigned on July 2, 2021 before Magistrate Judge Debra Freeman. The Court has not yet set a date for the initial conference in this case; Judge Freeman set a control date for August 2, 2021. The Government writes respectfully to request an exclusion of time under the Speedy Trial Act between July 6, 2021 and August 2, 2021. An exclusion is in the interest of justice because it will allow the Government time to produce discovery, for the defendant to review discovery, and for the parties to discuss a potential disposition for this case.

                                      Respectfully submitted,

                                      AUDREY STRAUSS
                                      United States Attorney

                           by: */s/ Matthew R. Shahabian*
                              Matthew R. Shahabian
                              Assistant United States Attorney
                              (212) 637-1046

CC:    Counsel of Record (by ECF)

*Granted. Time excluded to and including 8/2/21 for the reasons stated.*

**SO ORDERED**

LEWIS A. KAPLAN, USDJ
7/7/21