UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

        -against-                                                  21-cr-0431 (LAK)

KASMIR GREEN,

                  Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        On application of the defendant, Joseph Caldarera is relieved as counsel for the defendant. Deborah Colson is substituted for him as defendant's counsel.

        SO ORDERED.

Dated:      August 26, 2021

                                                    _____
                                                    Lewis A. Kaplan
                                                  United States District Judge