UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KASMIR GREEN,<br><br>                    *Defendant.* | [PROPOSED]<br><u>ORDER</u><br><br>21 Cr. 431 (LAK) |

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on December 20, 2021;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:   *The Clerk shall terminate Dkt 41*

Dated: New York, New York
       December 24, 2021

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK